IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | : CASE NO.: 7:21-CR-38 |
| KEYANNA CALLAHAN. | : |
| | : |

**ORDER**

On November 12, 2021 Defendant filed an "Unopposed Motion to Continue Sentencing" to 2022. (Doc. 17.) The reason that a continuance was requested was that Defendant and the Government required additional time to work on a sentencing issue that would impact defendant's sentencing guidelines range and the ultimate sentence in her case. (*Id.*) On November 16, 2021 this Court granted Defendant's Motion (Doc. 17) continuing Defendant's sentencing to a date to be determined by the Court. (Doc. 18.)

This Court is required by Federal Rule of Criminal Procedure 32(b)(1) to "impose a sentence without unnecessary delay." Defendant entered a plea of guilty in this case on September 14, 2021. (Doc. 9.) In order to ensure the prompt and efficient disposition of this matter, the Parties are hereby **ORDERED** to confer and inform the Court **no later than Friday, June 17, 2022,** whether Defendant and the Government have resolved the sentencing issue. Otherwise, a sentencing hearing in this case will be set.

**SO ORDERED**, this <u>8th</u> day of June, 2022.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**