IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | : CASE NO.: 7:21-CR-38 |
| KEYANNA CALLAHAN. | : |
| | : |
| | : |
| | : |
| | : |
| | : |

## ORDER

On November 12, 2021 Defendant filed an "Unopposed Motion to Continue Sentencing" to 2022. (Doc. 17.) The reason that a continuance was requested was that Defendant and the Government required additional time to work on a sentencing issue that would impact Defendant's sentencing guidelines range and the ultimate sentence in her case. (*Id.*) On November 16, 2021, this Court granted Defendant's Motion (Doc. 17) continuing Defendant's sentencing to a date to be determined by the Court. (Doc. 18.)

On June 8, 2022, this Court Ordered the Parties to confer and inform the Court whether the Defendant and Government had resolved the sentencing issue in this case. (Doc. 23.) Defense Counsel filed a response the same day, informing the Court that additional time was needed before a sentencing date could be set. (Doc. 24.) Additional time is required so that Defendant and the Government can continue to resolve a sentencing issue in her case that will impact Defendant's sentencing guidelines range and ultimate sentence. (*Id.*)

This Court is required by Federal Rule of Criminal Procedure 32(b)(1) to "impose a sentence without unnecessary delay." Defendant entered a plea of guilty in this case on

September 14, 2021. (Doc. 9.) In order to ensure the prompt and efficient disposition of this matter, Defense Counsel is hereby **ORDERED** to inform the Court by **November 7, 2022**, whether the sentencing issue in this case has been resolved. If the sentencing issue has not been resolved by November 7, 2022, the Court may exercise its discretion – in compliance with Fed. R. Crim. P. 32(b)(1) – and order the Parties to disclose in writing the nature, and surrounding facts, of the sentencing issue. The Parties may move to file under seal, if necessary.

Otherwise, absent a showing of good cause, in writing, a sentencing hearing in this case will be set.

**SO ORDERED**, this 10th day of June, 2022.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**