IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | : CASE NO.: 7:21-CR-38 |
| KEYANNA CALLAHAN. | : |
| | : |

**ORDER**

On November 12, 2021, Defendant filed an Unopposed Motion to Continue Sentencing. (Doc. 17.) The reason that a continuance was requested was that Defendant and the Government required additional time to resolve a sentencing issue in this case that would impact Defendant's guideline range and ultimate sentence. (*Id.*) This Court entered an Order granting Defendant's Motion on November 16, 2021. (Doc. 18.)

On June 8, 2022, this Court ordered the Parties to confer and inform the court whether the sentencing issue in this case had been resolved. (Doc. 23.) Defense Counsel filed a Response that same day, informing the Court that the sentencing issue in this case had yet to be resolved. (Doc. 24.) Accordingly, this Court ordered Defense Counsel to inform the Court by no later than November 7, 2022, whether the sentencing issue in this case had been resolved. (Doc. 25.) To date, Defense Counsel has not updated the Court as to whether the sentencing issue in this case has been resolved. Accordingly, Defense Counsel is hereby **ORDERED** to immediately notice the Court whether this matter is ready to proceed to sentencing. Failure to timely respond will result in a sentencing hearing being scheduled without further notice.

**SO ORDERED**, this 8th day of November, 2022.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**

1