IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : |
| KEYANNA CALLAHAN. | : CASE NO.: 7:21-CR-38 |

**ORDER**

On November 8, 2022, this Court entered an Order for Defense Counsel to update the Court as to whether this matter was ready to proceed to sentencing. (Doc. 26.) Defense Counsel filed an Unopposed Motion to Seal Documents, specifically Defendant's Response to this Court's November 8, 2022, Order. (Docs. 26 & 27.) A copy of that Response was forwarded to chambers for an in-camera review.

Pursuant to Defendant's Response, good cause exists to continue sentencing in this matter to February 2023. Good cause exists as the Government and Defendant require additional time to resolve a sentencing issue in this case. Accordingly, sentencing in this matter is hereby **CONTINUED** to a date to be determined by the Court in February 2023.

In addition, it is hereby **ORDERED** that Defendant's request to seal (Doc. 27) be **GRANTED**. The clerk's office is hereby **ORDERED** to file Defendant's Response to this Court's Order under seal until further Order of the Court. The Court enters this Order to acknowledge receipt of Defendant's Response.

**SO ORDERED**, this 8th day of November, 2022.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**

1